NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST ROOFERS PENSION PLAN, et al.<br><br>v.<br><br>ACE ROOFING COMPANY, a California Corporation, and MANUEL D. MARTINEZ, Individually | **SUMMONS IN A CIVIL CASE**<br><br>E-filing CASE NUMBER:<br><br> |

TO: (Name and address of defendant)

Ace Roofing Company
c/o Manuel D. Martinez, Agent for Service of Process
806 Sea Chase Drive
Redwood City, California 94065

Manuel D. Martinez
863 Sea Chase Drive
Redwood City, California 94065

**MHP**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kristen McCulloch
Saltzman & Johnson Law Corporation
120 Howard Street, Suite 520
San Francisco, California 94105

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK