1  RICHARD C. JOHNSON (SBN 40881)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorney for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  PACIFIC COAST ROOFERS PENSION            Case No.: C08-1252 MHP
    TRUST, DOUGLAS ZIEGLER, Trustee, and
11  JOHN T. BANISTER,                        **PROOF OF SERVICE OF SUMMONS**

12                    Plaintiffs,

13  v.

14  ACE ROOFING COMPANY AND MANUEL
    D. MARTINEZ, INDIVIDUALLY,
15
                      Defendants.
16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                           1        **PROOF OF SERVICE OF SUMMONS**

| | | | |
|---|---|---|---|
| **ATTORNEY NAME** SALTZMAN & JOHNSON MURIEL B. KAPLAN – SBN # 124607 120 HOWARD STREET #520 SAN FRANCISCO, CA 94105 **ATTORNEY FOR** | | **TELEPHONE NO.** (415) 882-7900 | |

**COURT**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Pacific Coast Roofers Pension Trust, et al. V. Ace Roofing Company, et, al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C08-1252 MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

**I served the: Summons; Complaint; Dispute resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions For Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification By Parties And Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and Welcome to the U.S District Court, San Francisco.**

**Name:   Ace Roofing Company**

**Date of Delivery: 3/14/08**
**Time of Delivery: 7:30am**

**Place of Service:    861 Warrington avenue**
**Redwood City, CA**

**Manner of Service: Personal Service- By Personally delivering Copies to Steve Grey, Vice President of Ace Roofing Company.**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

☐ Registered:
   Number: 727

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119

(415) 760-2188

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed on: 3/14/08
at: San Francisco, California

Signature:
Name: Paul Holt

Title: Process Server

**PROOF OF SERVICE**

| ATTORNEY NAME | | TELEPHONE NO. |
|---|---|---|
| SALTZMAN & JOHNSON<br>MURIEL B. KAPLAN - SBN # 124607<br>120 HOWARD STREET #520<br>SAN FRANCISCO, CA 94105 | | (415) 882-7900 |

ATTORNEY FOR

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Pacific Coast Roofers Pension Trust, et al. V. Ace Roofing Company, et, al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-1252 MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

**I served the: Summons; Complaint; Dispute resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions For Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification By Parties And Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and Welcome to the U.S District Court, San Francisco.**

**Name:   Manuel D. Martinez**

**Date of Delivery: 3/14/08**
**Time of Delivery: 7:30am**

**Place of Service:    861 Warrington Avenue**
**Redwood City, CA**

**Manner of Service: Substituted Service - By handing documents to Steve Grey, Vice President of Ace Roofing Company, on behalf of Manuel D. Martinez, at his usual place of business. I thereafter mailed copies to Manuel D. Martinez at the address above. A Declaration of Diligence is attached.**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

☐

Theresa's Messenger Service
200 Folsom Street, Suite 125
San Francisco, CA 94105
(415) 821-1000

I declare under penalty of perjury that the foregoing is true and
Correct and that this declaration was executed
on: 3/14/08
at: San Francisco, California

Signature: _____
Name:  Paul Holt
Title: RPS, San Francisco County #727

**PROOF OF SERVICE**

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **Plaintiffs**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
**Pacific Coast Roofers Pension Trust, et al. V.**
**Ace Roofing Company, et al.**

| **DECLARATION RE DILIGENCE**<br>**TO EFFECT PERSONAL SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08-1252 MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on 3/4/08 and that after due and diligent effort, I have been unable to effect personal service on the within named:

**Manuel D. Martinez**

    **Residence Address: 806 Sea Chase Drive**
          **Redwood City, CA 94065**


   **Business Address:  861 Warrington Avenue**
          **Redwood City , CA**


  **Dates and Times Attempted:  3/4/08 at 2:00pm , No one home at residence.- PH**
              **3/6/08 at 7:30pm, No Answer at residence. 2 SUV's Parked in**
              **the drive way.- PH**
              **3/13/08 at 8:50am, No answer at residence, Grey Jeep Cherokee**
              **parked in the driveway.-DS**
              **3/14/08 at 7:30am, Manuel Martinez was not at usual place of business,**
  **A man answered the door and confirmed that he was the vice president of Ace Roofing and**
  **accepted the documents on behalf of Manuel D. Martinez.- PH**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: March 14th,2008
At: San Francisco, California

Signature
Name: Paul Holt
  Title: RPS, San Francisco #727

Signature
Name: David Sprenzel
  Title: RPS, San Francisco #1024

Theresa's Messenger Service
 P.O. Box 190543
 San Francisco, CA 94119
 (415) 760-2188

**DECLARATION  RE  DILIGENCE  TO  EFFECT  PERSONAL  SERVICE**