1  RICHARD C. JOHNSON (SBN 40881)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287–Facsimile
   djohnson@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorney for Plaintiffs

7

8             UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 PACIFIC COAST ROOFERS PENSION            Case No.: C08-1252 MHP
   TRUST, DOUGLAS ZIEGLER, Trustee, and
11 JOHN T. BANISTER,                         **REQUEST FOR ENTRY OF DEFAULT;
                                             DECLARATION OF KRISTEN
12              Plaintiffs,                  McCULLOCH IN SUPPORT THEREOF**

13 v.

14 ACE ROOFING COMPANY and MANUEL
   D. MARTINEZ, INDIVIDUALLY,
15
                Defendants.
16

17
   TO THE CLERK:
18
19     Please enter the default of defendants ACE ROOFING COMPANY and MANUEL D.

20 MARTINEZ, individually, on the Complaint in the above-entitled action.  This request is based on

21 the fact that defendants have failed to plead or otherwise defend or appear in this action, and the

22 time permitted for such pleading, defense or other appearance has run.

23     1.   A Complaint was filed by plaintiffs in this matter on March 3, 2008.

24
       2.   Defendants were served on March 14, 2008.
25
       3.   A Proof of Service of Summons Returned Executed was filed with the Court on
26
27 March 19, 2008.

28
                                                                                              1
                                                      **REQUEST FOR ENTRY OF DEFAULT JUDGMENT
                                                                     CASE NO.: C08-1252 MHP**
P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Complaint\C08-1252 MHP Request for Entry of Default 041708.DOC

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 17th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

_____/s/_____
Kristen McCulloch
Attorneys for Plaintiffs

**2**
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**CASE NO.: C08-1252 MHP**
P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Complaint\C08-1252 MHP Request for Entry of Default 041708.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 17, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF KRISTEN McCULLOCH IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ace Roofing Company**          **Manuel D. Martinez**
**861 Warrington Avenue**        **861 Warrington Avenue**
**Redwood City, California 94063-3527**   **Redwood City, California 94063-3527**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of April, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega

**1**
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**
**CASE NO.: C08-1252 MHP**

P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Complaint\C08-1252 MHP Request for Entry of Default 041708.DOC