**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 24, 2008

RE:  CV 08-01252 MHP     PACIFIC COAST ROOFERS-v- ACE ROOFING CO.

Default is entered as to **Defendants Ace Roofing Company and Manuel D. Martinez** on **April 24, 2008.**.

RICHARD W. WIEKING, Clerk

*Gina Agustine* (signature)

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89