1 | RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
2 | SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 | San Francisco, CA 94105
(415) 882-7900
4 | (415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
5 | kmcculloch@sjlawcorp.com

6 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PACIFIC COAST ROOFERS PENSION TRUST, DOUGLAS ZIEGLER, Trustee, and JOHN T. BANISTER, | Case No.: C08-1252 MHP |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| ACE ROOFING COMPANY and MANUEL D. MARTINEZ, INDIVIDUALLY, | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following document(s):

**CLERK'S ENTRY OF DEFAULT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

///

1
**PROOF OF SERVICE**
**CASE NO.: C08-1252 MHP**

| | |
|---|---|
| Ace Roofing Company | Manuel D. Martinez |
| 861 Warrington Avenue | 861 Warrington Avenue |
| Redwood City, California 94063-3527 | Redwood City, California 94063-3527 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega