| | |
|---|---|
| 1 | RICHARD C. JOHNSON (SBN 40881) |
|   | KRISTEN McCULLOCH (SBN 177558) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | djohnson@sjlawcorp.com |
| 5 | kmcculloch@sjlawcorp.com |
| 6 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST ROOFERS PENSION TRUST, DOUGLAS ZIEGLER, Trustee, and JOHN T. BANISTER, | Case No.: C08-1252 MHP |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| ACE ROOFING COMPANY and MANUEL D. MARTINEZ, Individually, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

Saltzman & Johnson Law Corporation
**44 Montgomery Street, Suite 2110**
**San Francisco, California 94104**
Tel: 415-882-7900
Fax: 415-882-9287

///
///
///
///

1
**NOTICE OF CHANGE OF ADDRESS**
**CASE NO.: C08-1252 MHP**

1
2      Please note that the telephone and facsimile numbers have not changed.

3   Dated: May 1, 2008                    SALTZMAN & JOHNSON
4                                          LAW COPORATION
5
                                           _____/s/_____
6                                          Kristen McCulloch
7                                          Attorneys for Plaintiff

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On May 1, 2008, I served the following document(s):

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Ace Roofing Company**<br>**861 Warrington Avenue**<br>**Redwood City, California 94063-3527** | **Manuel D. Martinez**<br>**861 Warrington Avenue**<br>**Redwood City, California 94063-3527** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 1st day of May, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**3**
**NOTICE OF CHANGE OF ADDRESS**
**CASE NO.: C08-1252 MHP**

P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\C08-1252 MHP Notice of Change of Address 050108.DOC