1  RICHARD C. JOHNSON (SBN 40881)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery St., Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   djohnson@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PACIFIC COAST ROOFERS PENSION          Case No.: C08-1252 MHP
   TRUST, DOUGLAS ZIEGLER, Trustee, and
   JOHN T. BANISTER, Trustee,             **DECLARATION OF J. TIM BIDDLE IN**
12                                         **SUPPORT OF MOTION FOR DEFAULT**
                                           **JUDGMENT**
           Plaintiffs,
13                                         Date:        September 15, 2008
   vs.
14                                         Time:        2:00 p.m.

15 ACE ROOFING COMPANY AND MANUEL
   D. MARTINEZ, INDIVIDUALLY,             Location:    Courtroom 15, 18th Floor
16                                                      450 Golden Gate Avenue
           Defendants.                                  San Francisco, California
17
                                           Judge:       The Honorable Marilyn H. Patel
18

19      I, J. Tim Biddle, state that I have first-hand personal knowledge of the following facts and

20 if called as a witness I could testify competently thereto:

21      1.  I am a senior vice president with The Segal Company, and specialize in employee

22 benefits, pension and welfare trust funds.

23      2.  The Segal Company, an independent, U.S.-based firm of benefit, compensation and

24 human resources consultants, was founded in 1939, and now serves as consultants and actuaries to

25 corporations, non-profit organizations, professional service firms, state and local governments and

26 joint boards of trustees administering pension and health and welfare plans under the Taft-Hartley

27 Act. The Pacific Coast Roofers Pension Trust is one of the trusts for which The Segal Company

28 provides consulting services.

**BIDDLE DECLARATION IN**
**SUPPORT OF DEFAULT JUDGMENT**
**CASE NO.: C08-1252 MHP**

P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Motion for Default Judgment\Biddle Decl 072308.DOC

3.   The Segal Company regularly generates annual actuarial valuation reports for its clients, as well as calculations of withdrawal liability assessment of participant employers in Taft-Hartley pension plans.

4.   The Segal Company actuaries are responsible for overseeing calculations of withdrawal liability assessments that are referred to The Segal Company by the Pacific Coast Roofers Pension Trust. As a Senior Vice President at The Segal Company, I review and verify the accuracy of the actuarial reports issued to the Pacific Coast Roofers Pension Trust.

5.   On or about July 11, 2007, after reviewing and verifying the accuracy of the report, I sent the Pacific Coast Roofers Pension Trust a report for the assessment of withdrawal liability for Ace Roofing Company, a true and correct copy of which is attached hereto as **Exhibit A**.

6.   The calculation of the withdrawal liability for Ace Roofing Company is based on its withdrawal during the plan year ending July 31, 2006.  For the purpose of the calculation, The Segal Company used the July 31, 2005 unfunded vested benefits for withdrawal liability amount that was presented in its August 1, 2005 actuarial valuation report, based on the assumption described in that report.

7.   The 'presumptive' method of allocation as described in the Multiemployer Pension Plan Amendments Act of 1980 ('MPPAA') was used to determine the withdrawal liability.  The Segal Company relied on updated contributions and hours information provided by the administrator for the Pacific Coast Roofers Pension Plan, and an estimate of contributions and hours for 2005 based on a contribution rate of $2.85 per hour, 2080 hours per year per employee and 9 employees.

8.   As indicated on The Segal Company's assessment report, the assessed withdrawal liability is $574,409.70.  *See* **Exhibit A**.  The corresponding payment schedule is 63 quarterly payments, of which the first 62 quarterly instalments are at $14,551.51 and a final 63rd payment at $12,926.78.  *See* **Exhibit A**.

///

///

///

2

1        I declare under penalty of perjury that the foregoing is true and correct and that this

2    Declaration was executed upon this 31st day of July, 2008 at San Francisco, California.

3

                                          /S/

4                                         J. Tim Biddle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Motion for Default Judgment\Biddle Decl 072308.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 5, 2008, 2008, I served the following document(s):

**DECLARATION OF J. TIM BIDDLE IN SUPPORT OF**
**MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ace Roofing Company**                    **Manuel D. Martinez**
**861 Warrington Avenue**                  **861 Warrington Avenue**
**Redwood City, California 94063-3527**     **Redwood City, California 94063-3527**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2008, at San Francisco, California.

_____
/S/
Vanessa de Fábrega

**United States District Court**
**For the Northern District of California**
**Case No.:  C08-1252 MHP**



**TO**

**DECLARATION OF J. TIM BIDDLE IN SUPPORT OF**
**MOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

 **SEGAL**

THE SEGAL COMPANY
120 Montgomery Street  Suite 500  San Francisco, CA 94104-4308
T 415.263.8200  F 415.263.8290  www.segalco.com

## MEMORANDUM

**To:**      Board of Trustees
        Pacific Coast Roofers Pension Plan

**From:**    J. Tim Biddle

**Date:**    July 11, 2007

**Re:**      **Withdrawal Liability for Ace Roofing**

---

As requested, we have updated our calculation of the withdrawal liability for the employer referenced above based on its withdrawal during the plan year ending July 31, 2006. For the purpose of the calculations, we have used the July 31, 2005 unfunded vested benefits for withdrawal liability of $145.4 million that was presented in our August 1, 2005 actuarial valuation report, based on the assumptions described in that report. The "presumptive" method of allocation as described in the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA) was used to determine the withdrawal liability. We relied on updated contribution and hours information provided by the Plan administrator, and an estimate of contribution and hours for 2005 based on a contribution rate of $2.85 per hour, 2080 hours per year per employee and 9 employees.

Attached for your review is a summary of the assessment determination. The assessed withdrawal liability is $574,410. The corresponding payment schedule is 62 quarterly payments of $14,551.51 with a final payment of $12,926.78.

We look forward to discussing these calculations and the next steps in the assessment process with you at the next Board meeting.

/hy
Attachment

cc:      Richard C. Johnson, Esq.
        Judy Sargent                                    4000941v3/01150.011

**Benefits, Compensation and HR Consulting**  ATLANTA  BOSTON  CHICAGO  CLEVELAND  DENVER  HARTFORD  HOUSTON  LOS ANGELES  MINNEAPOLIS
NEW ORLEANS  NEW YORK  PHILADELPHIA  PHOENIX  SAN FRANCISCO  TORONTO  WASHINGTON, DC

 Multinational Group of Actuaries and Consultants  BARCELONA  BRUSSELS  DUBLIN  GENEVA  HAMBURG  JOHANNESBURG  LONDON
MELBOURNE  MEXICO CITY  OSLO  PARIS

Calculation of Withdrawal Liability Assessment

| | | |
|---|---|---:|
| 1). | 7/31/2002 Unfunded Vested Benefits for Withdrawal Liability | $57,412,588 |
| 2). | 7/31/2003 Unfunded Vested Benefits for Withdrawal Liability | $110,101,532 |
| 3). | 7/31/2004 Unfunded Vested Benefits for Withdrawal Liability | $110,629,083 |
| 4). | 7/31/2005 Unfunded Vested Benefits for Withdrawal Liability | $145,353,492 |
| | | |
| 5). | 7/31/2002 Pool Balance at 7/31/2005 | $48,800,700 |
| 6). | 7/31/2003 Pool Balance at 7/31/2005 | $50,003,616 |
| 7). | 7/31/2004 Pool Balance at 7/31/2005 | $5,867,352 |
| 8). | 7/31/2005 Pool Balance at 7/31/2005 | $40,681,824 |
| | | |
| 9). | Employer name | Ace Roofing |
| 10). | Employer number | 110 |
| 11). | Contributions from August 1, 1997 – July 31, 1998 | $39,209.61 |
| 12). | Contributions from August 1, 1998 – July 31, 1999 | $39,382.91 |
| 13). | Contributions from August 1, 1999 – July 31, 2000 | $35,957.87 |
| 14). | Contributions from August 1, 2000 – July 31, 2001 | $28,678.18 |
| 15). | Contributions from August 1, 2001 – July 31, 2002 | $18,561.31 |
| 16). | Contributions from August 1, 2002 - July 31, 2003 | $19,956.50 |
| 17). | Contributions from August 1, 2003 - July 31, 2004 | $8,363.78 |
| 18). | Contributions from August 1, 2004 - July 31, 2005 | $53,352.00 |
| | | |
| 19). | Employer contributions from August 1, 1997 - July 31, 2002 - sum of items (11) – (15) | $161,789.88 |
| 20). | Employer contributions from August 1, 1998 - July 31, 2003 - sum of items (12) - (16) | $142,536.77 |
| 21). | Employer contributions from August 1, 1999 - July 31, 2004 - sum of items (13) - (17) | $111,517.64 |
| 22). | Employer contributions from August 1, 2000 - July 31, 2005 - sum of items (14) - (18) | $128,911.77 |
| | | |
| 23). | Total plan contributions from August 1, 1997 - July 31, 2002 | $34,773,631.13 |
| 24). | Total plan contributions from August 1, 1998 - July 31, 2003 | $36,246,554.90 |
| 25). | Total plan contributions from August 1, 1999 - July 31, 2004 | $37,923,127.75 |
| 26). | Total plan contributions from August 1, 2000 - July 31, 2005 | $39,293,170.09 |
| | | |
| 27). | Employer fraction of item (23) - item (19) divided by item (23) | 0.004653 |
| 28). | Employer fraction of item (24) - item (20) divided by item (24) | 0.003932 |
| 29). | Employer fraction of item (25) - item (21) divided by item (25) | 0.002941 |
| 30). | Employer fraction of item (26) - item (22) divided by item (26) | 0.003281 |
| | | |
| 31). | Allocated share of item (5) - item (5) times item (27) | $227,053.06 |
| 32). | Allocated share of item (6) - item (6) times item (28) | $196,635.35 |
| 33). | Allocated share of item (7) - item (7) times item (29) | $17,253.67 |
| 34). | Allocated share of item (8) - item (8) times item (30) | $133,467.62 |
| | | |
| 35). | Allocated amount - sum of items (31) - (34) | $574,409.70 |
| | | |
| 36). | Preliminary de minimis amount (deductible) - smaller of $50,000 and item (35) | $50,000.00 |
| 37). | Reduction in de minimis amount - item (35) minus $100,000, but not less than $0 | $474,409.70 |
| 38). | Final de minimis amount - item (36) minus item (37), but not less than $0 | $0.00 |
| | | |
| 39). | Assessed Withdrawal Liability - item (35) minus item (38) | $574,409.70 |

### Pacific Coast Roofers Pension Plan
### Calculation of Withdrawal Liability Assessment (cont.)

|  |  | 3 year average |
|---|---|---|
| 40). Contributory hours for plan year ending July 31, 1996 | 18,351.00 |  |
| 41). Contributory hours for plan year ending July 31, 1997 | 21,846.50 |  |
| 42). Contributory hours for plan year ending July 31, 1998 | 20,002.50 | 20,066.67 |
| 43). Contributory hours for plan year ending July 31, 1999 | 19,420.50 | 20,423.17 |
| 44). Contributory hours for plan year ending July 31, 2000 | 14,683.00 | 18,035.33 |
| 45). Contributory hours for plan year ending July 31, 2001 | 12,086.00 | 15,396.50 |
| 46). Contributory hours for plan year ending July 31, 2002 | 7,409.50 | 11,392.83 |
| 47). Contributory hours for plan year ending July 31, 2003 | 7,500.00 | 8,998.50 |
| 48). Contributory hours for plan year ending July 31, 2004 | 4,262.00 | 6,390.50 |
| 49). Contributory hours for plan year ending July 31, 2005 | 18,720.00 | 10,160.67 |
| 50). Highest 3 year average annual hours |  | 20,423.17 |
| 51). Highest contribution rate |  | $2.85 |
| 52). Annual payment |  | $58,206.03 |
| 53). Quarterly payment |  | $14,551.51 |
| 54). Number of full quarterly payments (at 7.25% interest rate) |  | 62 |
| 55). Amount of last payment |  | $12,926.78 |

3

SEGAL