RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
djohnson@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST ROOFERS PENSION TRUST, DOUGLAS ZIEGLER, Trustee, and JOHN T. BANISTER, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE ROOFING COMPANY AND MANUEL D. MARTINEZ, INDIVIDUALLY,<br><br>Defendants. | Case No.: C08-1252 MHP<br><br>**DECLARATION OF JUDY SARGENT IN SUPPORT MOTION FOR DEFAULT JUDGMENT**<br><br>Date:       September 15, 2008<br>Time:      2:00 p.m.<br>Location:  Courtroom 15, 18th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, California<br>Judge:     The Honorable Marilyn H. Patel |

I, Judy Sargent, state that I have first-hand personal knowledge of the following facts and if called as a witness I could testify competently thereto:

1.    I am an Account Executive of United Administrative Services, administrators for Pacific Coast Roofers Pension Plan.

2.    As the Account Executive I am familiar with the records of United Administrative Services regarding defendant Ace Roofing Company's account.

3.    20% Liquidated damages on the assessed withdrawal liability of $574,409.70 totals $114,881.94 (i.e., $574,409.70 @ 20%).

1      4.    Interest on the withdrawal liabilities and, as shown in **Exhibit A** attached hereto, was calculated at pursuant Internal Revenue Code Section 6621 and totals $27,800.36.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed upon this 24th day of July, 2008 at San Jose, California.

                                                /S/
                                               Judy Sargent

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 5, 2008, I served the following document(s):

**DECLARATION OF JUDY SARGENT IN SUPPORT MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ace Roofing Company**  
**861 Warrington Avenue**  
**Redwood City, California 94063-3527**

**Manuel D. Martinez**  
**861 Warrington Avenue**  
**Redwood City, California 94063-3527**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2008, at San Francisco, California.

/S/
Vanessa de Fábrega

P:\CLIENTS\ROOFERS\PACCOAST\Cases\Ace Roofing\Pleadings\Motion for Default Judgment\Sargent Decl 072308.DOC     **CASE NO.: C08-1252 MHP**

United States District Court
For the Northern District of California
Case No.: C08-1252 MHP

# EXHIBIT A

TO

DECLARATION OF JUDY SARGENT IN SUPPORT OF
MOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

| | | | |
|---|---|---|---|
| Date of Default: | November 13, 2007 | | |
| Compounded (per IRC 6622): | Daily | | |
| Withdrawal liability amount: | $ 574,409.70 | | |
| Interest Accrued | $ 27,800.36 | | |
| Total (principal plus interest) | $ 602,210.06 | | |

| | Interest Rate per IRC § 6621 | No. days | |
|---|---|---|---|
| 11/13/07 | | | |
| 12/31/07 | 8% | 49 | $ 6,184.53 |
| 01/01/08 | | | |
| 03/31/08 | 7% | 91 | $ 10,192.34 |
| 04/01/08 | | | |
| 06/30/08 | 6% | 91 | $ 8,878.71 |
| 07/01/08 | | | |
| 07/31/08 | 5% | 31 | $ 2,544.78 |
| | | | $ 27,800.36 |

**Exhibit A**