1  RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
3  San Francisco, CA 94104
(415) 882-7900
4  (415) 882-9287–Facsimile
djohnson@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11  PACIFIC COAST ROOFERS PENSION TRUST, DOUGLAS ZIEGLER, Trustee, and JOHN T. BANISTER, Trustee, | Case No.: C08-1252 MHP |
|---|---|

PACIFIC COAST ROOFERS PENSION
11 TRUST, DOUGLAS ZIEGLER, Trustee, and
JOHN T. BANISTER, Trustee,

Case No.: C08-1252 MHP

**DECLARATION OF KRISTEN
McCULLOCH IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

12
                   Plaintiffs,
13
vs.                                            Date:       September 15, 2008
14
ACE ROOFING COMPANY AND MANUEL                 Time:       2:00 p.m.
15 D. MARTINEZ, INDIVIDUALLY,
                                               Location:   Courtroom 15, 18th Floor
16                 Defendants.                              450 Golden Gate Avenue
                                                           San Francisco, California
17
                                               Judge:      The Honorable Marilyn H. Patel
18

19      I, Kristen McCulloch, state that I have first-hand personal knowledge of the following facts

20 and if called as a witness I could testify competently thereto:

21      1.  I am an attorney at law licensed to practice in the State of California, and I am an

22 associate attorney with Saltzman & Johnson Law Corporation, attorneys for plaintiffs herein.

23      2.  I personally have spent 42.75 hours from September 13, 2007 to August 5, 2008, when

24 my time was billed at the rate of $180.00 per hour, in connection with this action for withdrawal

25 liability. My attorneys' fees were reasonably incurred in the total amount of $7,695.00.

26      3.  I am informed and believe that Richard Johnson, managing shareholder of Saltzman &

27 Johnson Law Corporation, spent 1.0 hour on December 29, 2006, when his time was billed at the

28 rate of $240.00 per hour; and 3.0 hours from September 14, 2007 to August 5, 2008 when his time

1

P:\CLIENTS\ROOFERS\PacCoast\Cases\Ace Roofing\Pleadings\MDJ\Notice of Motion 072408.doc

1  was billed at the rate of $245.00 per hour, in connection with this action for withdrawal liability.

2  The attorneys' fees reasonably incurred by Mr. Johnson, therefore, totals $975.000.

3      4.  I am informed and believe that paralegals with this firm spent a total of 13.3 hours

4  from March 3, 2008 to August 5, 2008, when their time was billed at the rate of $105.00 per hour,

5  in connection with the above stated activities regarding this matter, as well as electronic research,

6  electronic filings and service of documents.  The attorneys' fees reasonably incurred by the

7  paralegals, therefore, totals $1,296.50.

8      5.  The reasonable attorneys' fees incurred by plaintiffs through August 5, 2008, as set

9  forth in paragraphs 2 through 4 above, therefore, totals $9,966.50.

10      6.  The costs that were incurred by plaintiffs in connection with this action are:

11  

|  |  |
|---|---|
| Filing Fee | $350.00 |
| Personal Service | $311.00 |
| Total | $661.00 |

13      I declare under penalty of perjury that the foregoing is true and correct and that this

14  Declaration was executed upon this 5th day of August, 2008 at San Francisco, California.

15

16                   /S/
                 Kristen McCulloch

2

**MCCULLOCH DECLARATION IN**
**SUPPORT OF DEFAULT JUDGMENT**
**CASE NO.: C08-1252 MHP**

P:\CLIENTS\ROOFERS\PacCoast\Cases\Ace Roofing\Pleadings\MDJ\Notice of Motion 072408.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 5, 2008, I served the following document(s):

**DECLARATION OF KRISTEN McCULLOCH IN SUPPORT OF**

**MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Ace Roofing Company** | **Manuel D. Martinez** |
| **861 Warrington Avenue** | **861 Warrington Avenue** |
| **Redwood City, California 94063-3527** | **Redwood City, California 94063-3527** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2008, at San Francisco, California.

/S/
Vanessa de Fábrega
