RICHARD C. JOHNSON (SBN 40881)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
djohnson@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PACIFIC COAST ROOFERS PENSION TRUST, DOUGLAS ZIEGLER, Trustee, and JOHN T. BANISTER, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE ROOFING COMPANY AND MANUEL D. MARTINEZ, INDIVIDUALLY,<br><br>Defendants. | Case No.: C08-1252 MHP<br><br>**[PROPOSED] JUDGMENT**<br><br>Date:     September 15, 2008<br>Time:     2:00 p.m.<br>Location: Courtroom 15, 18th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California<br>Judge:    The Honorable Marilyn H. Patel |
|---|---|

Defendants ACE ROOFING COMPANY and MANUEL D. MARTINEZ, Individually, having failed to plead or otherwise defend in this action and its default having been entered:

Now, upon application of the Plaintiffs and upon declaration that Defendants failed and refused to: (1) timely initiate arbitration of the assessed withdrawal liability as required by Employee Retirement Income Security Act of 1974 ('ERISA') Section ('§') 4221(a)(1) (29 U.S.C. § 1393(a)(1)); (2) provide information requested to determine the control group within 30 days as required by ERISA § 4219(a) (29 U.S.C. § 1391(a)); and (3) pay the quarterly installment payments for the assessed withdrawal liability causing Defendants to be in default under ERISA § 4219(c)(5) (29 U.S.C. § 1391(c)(5)) thereby making the full amount of the assessed withdrawal liability immediately due and payable, plus interest, liquidated damages, attorney fees and costs.

1       ORDERED, ADJUDGED AND DECREED that Defendants ACE ROOFING COMPANY and MANUEL D. MARTINEZ, Individually, shall promptly pay to Plaintiffs all sums due and owing the Pacific Coast Roofers Pension Trust for the assessed withdrawal liability, according to proof, as follows:

| | |
|---|---:|
| Withdrawal liability | $574,409.70 |
| 20% Liquidated Damages | $114,881.94 |
| Interest pursuant to IRC § 6621 | 27,800.36 |
| Attorneys' Fees | 9,966.50 |
| Other Costs | 661.00 |
| **TOTAL** | 727,719.50 |

      IT IS FURTHER ORDERED that Plaintiffs be awarded post judgment interest on the balance until satisfied in full; and that the Court shall retain jurisdiction of this action until the judgment is satisfied.

Dated: _____     _____
                                                     The Honorable Marilyn H. Patel,
                                                     UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 5, 2008, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Ace Roofing Company**<br>**861 Warrington Avenue**<br>**Redwood City, California 94063-3527** | **Manuel D. Martinez**<br>**861 Warrington Avenue**<br>**Redwood City, California 94063-3527** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2008, at San Francisco, California.

/S/
Vanessa de Fábrega