

**ACE ROOFING COMPANY**

MAILING ADDRESS • P.O. BOX 5206, SAN MATEO, CA 94402
(650) 355-1741

STATE LICENSE #349780

FILED
FEB 0 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jan 30, 2009

The Honorable Judge Marilyn Patel
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, Ca.

Re: The Pacific coast roofers Pension Trust, Douglas Ziegler and John T. Banister, Trustee, Plaintiffs

Vs. Ace Roofing Company and Manuel D. Martinez, Individually.

Case No. 028-01252

Madam Judge
I am asking to extend the Time for me to gather all the information requested and will appear at the chosen Time of the court

thank you for your Consideration
Manuel D Martinez

DENIED
James Larson
James Larson
United States Magistrate Judge